UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-2615 VBF (MRW) | Date | October 23, 2014 |
|---|---|---|---|
| Title | Robinson v. DCFS | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**          (IN CHAMBERS) ORDER RE: SERVICE OF PROCESS

      This is a civil rights action.  Plaintiff hired a process server to serve the summons and complaint on a municipal defendant.  According to the proof of service (Docket # 13), the process server delivered the papers to a DCFS official at the agency's Shatto Place facility.

      However, according to a declaration from that official, she was not authorized to accept service of process in this action.  (Docket # 14 at 1.)  Instead, the official informed the process server about the proper way to serve the agency under state law – which, presumably, applies to this action under Federal Rule of Civil Procedure 4(j)(2)(A-B).  The process server apparently did not follow the official's instructions or properly serve the agency.  Moreover, the Court notes that Plaintiff has failed to properly serve DCFS within the statutory time period or in accordance with the Court's previous orders.  (Docket # 8, 11.)

      Therefore, Plaintiff is ORDERED to show cause why the proof of service should not be struck and the action dismissed for failure to properly serve the local agency within the now-expired time limit set under Rule 4.  Plaintiff will submit an appropriate response to the DCFS declaration and this OSC or properly serve DCFS and file a proof of legitimate service by or before November 7.  No further extensions will be granted given the nature of the case and the extent of the delays to date.