UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 14-2615 VBF (MRW) | Date | April 8, 2015 |
| Title | Robinson v. DCFS | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | CS 4/8/2015 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Amy Robinson, Pro Se | Anita S. Brenner, Retain |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING FIRST AMENDED COMPLAINT

For the reasons set forth at today's hearing, Defendant's motion to dismiss the First Amended Complaint is GRANTED and the pleading is dismissed with leave to amend. (Docket # 37.)

Plaintiff will have a final opportunity to plead a viable cause of action in a Second Amended Complaint to be filed by or before May 6. The Second Amended Complaint will consist of a short, plain statement that: complies fully with Federal Rule of Civil Procedure 8; is complete in and of itself; sets forth all relief sought; and properly alleges a cognizable, legitimate cause of action that this Court may consider. Plaintiff is expressly informed that she may not allege a private cause of action based on a federal criminal statute. See, e.g., Town of Castle Rock, Colo. v. Gonzales, 545 U.S. 748, 767 n.12-13 (2005) (private citizen "lacks a judicially cognizable interest" under federal statute criminalizing conduct); Allen v. Gold Country Casino, 464 F.3d 1044 (9th Cir. 2006) (federal criminal provision does not give rise to civil liability or cause of action; dismissal of complaint required). The defense will have until June 1 to respond by motion or answer.

| | : | 30 |
|---|---|---|
| | Initials of Preparer | vm |