UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CHILDREN AND FAMILY et al.,<br><br>　　　　　Defendants. | Case No. LA CV 14-02615 VBF (MRW)<br><br>ORDER ADOPTING R&R AND DISMISSING THE ACTION WITH PREJUDICE |

　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　This action is dismissed with prejudice, i.e., without leave to amend.

DATE: September 2, 2015　　　　　　_/s/ Valerie Baker Fairbank_____

　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE