UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY ROBINSON, | ) Case No. LA CV 14-02615 VBF (MRW) |
| Plaintiff, | ) |
| v. | ) **FINAL JUDGMENT** |
| DEPARTMENT OF CHILDREN AND FAMILY et al., | ) |
| Defendants. | ) |

Pursuant to the contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge and Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of the defendants and against the plaintiff Amy Robinson.**

*Valerie Baker Fairbank*

DATE: September 2, 2015 _____
HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE